# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| LIONRA TECHNOLOGIES LIMITED, § § *Plaintiff*, § § v. § § SAMSUNG ELECTRONICS CO., LTD., § SAMSUNG ELECTRONICS AMERICA, § INC., § § *Defendant*. § | Case No. 2:22-CV-00100-JRG-RSP |

## ORDER

Before the Court is the Unopposed Motion for Extension of Time to Move, Answer, or Otherwise Respond to Plaintiff's Complaint and Waiver of Foreign Service Requirement filed by Samsung Electronics Company, Ltd. and Samsung Electronics America, Inc. (together, "Samsung"). Dkt. No. 6.

After due consideration, the Court **GRANTS** the motion. It is therefore **ORDERED** that Samsung's deadline to answer or otherwise respond to Plaintiff's Complaint is extended to June 28, 2022. It is further **ORDERED** that service of process for Samsung Electronics Company, Ltd. has been waived.

**SIGNED** this 17th day of April, 2022.

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE