# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| LIONRA TECHNOLOGIES LIMITED,<br><br>      Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD.,<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>      Defendants. | Civil Action No. 2:22-cv-00100-JRG-RSP |

**ORDER GRANTING JOINT MOTION TO STAY**
**ALL DEADLINES AND NOTICE OF SETTLEMENT**

Before the Court is the Parties' Joint Motion to Stay All Deadlines and Notice of Settlement. The Court, having considered same, is of the opinion the motion should be GRANTED.