IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LIONRA TECHNOLOGIES LIMITED, | § § § § § § § § § § § § § | |
| *Plaintiff*, | | |
| v. | | Case No. 2:22-CV-00100-JRG-RSP |
| SAMSUNG ELECTONRICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., | | |
| *Defendants*. | | |

## ORDER

Before the Court is the Parties' Joint Motion to Stay all Deadlines and Notice of Settlement. (Dkt. No. 8.) After consideration, the Court **GRANTS** the Parties Joint Motion. IT IS THEREFORE **ORDERED** that all unreached deadlines in this matter are hereby stayed for 30 days to allow the Parties to finalize their settlement agreement and submit dismissal papers.

**SIGNED this 8th day of June, 2022.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE